CARLEEN R. ARLIDGE    SBN 079725
Attorney At Law
111 West St. John Street, Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861
E-Mail: craatty@aol.com

Attorney For Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 11-00038 JF |
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ ORDER CONTINUING SENTENCING |
| RYAN KENNETH CHAN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing therefor:

IT IS HEREBY ORDERED that sentencing for the above-named defendants will take place on Thursday, July 7, 2011 at 9:00 a.m., before the Honorable Jeremy Fogel, United States District Judge.

DATED: 6/8/11

_____
HON. JEREMY FOGEL
United States District Judge