UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 11-00038 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN KENNETH CHAN, | ) | |
| | ) | |
| Defendant. | ) | |

On September 11, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting all right, title, and interest in:

    a.    Toshiba Laptop Computer, serial number 96276567Q;
    b.    Seagate Computer Hard Drive, serial number 9VS12LX2;
    c.    Western Digital Computer Hard Drive, serial number WMAAV1408611; and
    d.    27 compact discs

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C).

All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this ____ day of _____, 2015.

_____
JEREMY FOGEL
United States District Judge